**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

U.S. COURT OF APPEALS
RECEIVED
Oct 07, 2026
FIFTH CIRCUIT

TEXAS FOOD AND FUEL ASSOCIATION,

*Petitioner*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, *in his official capacity as Administrator of the National Highway Traffic Safety Administration*; and SEAN DUFFY, *in his official capacity as Secretary of the United States Department of Transportation*,

*Respondents*.

No. 26-______
Docket No. NHTSA-2025-0491

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909(a)(1) and Federal Rule of Appellate Procedure 15(a), the Texas Food and Fuel Association ("Petitioner") hereby petitions this Court for review of the United States National Highway Traffic Safety Administration's ("NHTSA") final rule, *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, signed on September 25, 2026,

and published at 91 Fed. Reg. 61,988 (Sept. 30, 2026). A copy of the final rule is attached as Exhibit A.

Jurisdiction and venue are proper under 49 U.S.C. § 32909(a)(1), because Petitioner is adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioner resides in this Circuit.

Dated: October 7, 2026

Respectfully submitted,

/s/ Michael Buschbacher
Michael Buschbacher
*Counsel of Record*
James R. Conde
Laura B. Ruppalt
Taylor M. Myers
BOYDEN GRAY PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, the above Petition for Review was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system.

I will also cause a copy of the Petition to be delivered by certified mail to:

Peter Simshauser
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Gregory Zerzan
General Counsel
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Respectfully submitted,
*/s/ Michael Buschbacher*
Michael Buschbacher
Counsel for Petitioner